IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| THOMAS LUCA, JR., individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>THE PARADIES SHOPS, LLC d/b/a PARADIES LAGARDÈRE TRAVEL RETAIL, HOJEIJ BRANDED FOODS, LLC, AP UNITED, LLC and HBF APU JV, LLC,<br><br>    Defendants. | Case No. 5:20-cv-10763-JEL-RSW |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiff Thomas Luca, Jr. hereby voluntarily dismisses without prejudice his claims against Defendants The Paradies Shops, LLC, Hojeij Branded Foods, LLC, AP United, LLC, and HBF APU JV, LLC.

Dated: August 13, 2021          Respectfully Submitted,

/s/ Kelly K. Iverson
Kelly K. Iverson
kiverson@carlsonlynch.com
**CARLSON LYNCH, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Phone: (412) 322.9243

*Counsel for Plaintiff*